# UNITED STATES DISTRICT COURT

WILLIAM G. PUTNICKI  
CLERK OF COURT

WESTERN DISTRICT OF TEXAS  
JOHN H. WOOD, JR., U.S. COURTHOUSE  
655 E. DURANGO BOULEVARD  
SAN ANTONIO, TEXAS 78206

(210)472-6550

October 15, 2009

**Regina M. Scrivner-Tibbs**  
Attorney at Law  
111 Soledad, Suite 1305-B  
San Antonio, TX 78205

Re: Civil Case No. SA-09-CA-0898-FB  
Lyles v. University of Texas Health Science Center

Dear Counsel:

Our records indicate that you are not admitted to practice in this Court. Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions please contact our office.

Sincerely,

WILLIAM G. PUTNICKI, Clerk  
United States District Court

By: _____  
Robert F. Flaig, Deputy Clerk